78b 753
84 402

HAYDEN & CO. v. GOEPPINGER *et al.*

Appeal : NO NOTICE TO CLERK : DISMISSED.

*Appeal from Hamilton District Court.*—HON. S. M. WEAVER, Judge.

FILED, FEBRUARY 6, 1889.

*Kamrar & Boeye,* for appellants.

No appearance for appellees.

REED, C. J.—This cause was submitted in this court on an abstract which shows that a notice of appeal was served by defendants, L. and H. Goeppinger, on plaintiffs and the other defendants, but does not show the service of the notice on the clerk of the district court. Service of the notice on the clerk is essential to the appeal. Code, sec. 3178; *McManus v. Swift,* 76 Iowa, 576. The cause must therefore be

DISMISSED.